UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHRIS HEBERT | CIVIL ACTION NO. 17-0943 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PARISH OF ST. MARTIN, ET AL. | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 13], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 8] is GRANTED IN PART, and Plaintiff's official-capacity claim against Defendant Guy Cormier is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the motion is otherwise DENIED. Plaintiff may file an amended complaint within twenty-one (21) days of the date of this Judgment. Defendants may, thereafter, reurge their motion if necessary.

MONROE, LOUISIANA this 18th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE